HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEONARD J. HESS, et al,

    Plaintiff,

  v.

BONNEVILLE BILLING AND COLLECTIONS, INC., et al,

    Defendant.

CASE NO. CV15-5158RBL

ORDER DENYING MOTION TO RECUSE

THIS MATTER is before the Court on Plaintiff's Motion for Recusal [Dkt. #19].

Under 28 U.S.C. § 144 and 28 U.S.C. § 455, recusal of a federal judge is appropriate if a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned. *Yagman v. Republic Insurance*, 987 F.2d 622, 626 (9th Cir. 1993). "In the absence of specific allegations of personal bias, prejudice, or interest, neither prior adverse rulings of a judge nor his participation in a related or prior proceeding is sufficient" to establish bias. *Davis v. Fendler*, 650 F.2d 1154, 1163 (9th Cir. 1981); *see also Liteky v. United States*, 510 U.S. 540, 555 (1994) ("judicial rulings alone almost never constitute valid basis for a bias or partiality motion.").

The basis of the plaintiff's motion for recusal is the Court's opinion in *Bogue v. NCO Financial Systems, Inc.,* WD Wash. No. 14-CV-5799-RBL (Dkt. #14).

The Court remembers the opinion. The Court again reviewed the opinion. The Court stands by the opinion, including the words used in the context of that case.

The Motion to Recuse [Dkt. #19] is **DENIED**. The Court will refer the motion to Chief Judge Pechman pursuant to GR8(c). The Court will, of course, attach the prior opinion in *Bogue v. NCO Financial Systems, Inc.*

Dated this 1st day of July, 2015.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge